1  **MARTHA M. HALL**
   California Bar No. 138012
2  Attorney at Law
   555 West Beech Street, Suite 508
3  San Diego, California  92101
   Telephone:  (619) 544-1451
4  Facsimile:  (619) 544-1473
   martha_diioriohall@yahoo.com

Attorneys for Defendant **Lazerus**

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**(HON. CYNTHIA A. BASHAN)**

| | |
|---|---|
| UNITED STATES OF AMERICA,          )<br>                                    )<br>     Plaintiff,                    )<br>                                    )<br>v.                                  )<br>                                    )<br>**ROBERT LAZERUS**,                  )<br>                                    )<br>     Defendant.                    )<br>_____) | Case No. 22-CR-2701-BAS<br><br>MOTION FOR JOINDER IN CO-DEFENDANT DANKS'S MOTIONS, DOCS 78 & 79 |

TO: UNITED STATES ATTORNEY RANDY GROSSMAN

AND ASSISTANT U.S. ATTORNEYS AARON ARNZEN AND OWEN ROTH

Comes now the defendant, ROBERT LAZERUS, by and through his attorney, MARTHA M. HALL, and moves this Court to join in the following motions:

1) Motion to Dismiss Counts One And two of the Indictment for Failure to State An Offense, Dkt. 78.  Mr. Lazerus has standing to join in this motion since he is charged in the same indictment and in the same counts; and,

//
//
//
//
//

  2) Motion for a Bill of particulars Pursuant to FRCrP 7, Dkt 79. Mr. Lazerus has standing to join this motion since he is charged in the same Indictment and joins in the need for greater clarity and specificity in what conduct and events the government alleges satisfy the elements of the crimes charged.

              Respectfully Submitted,

Date: July 18, 2023      *s/Martha M. Hall*

              **MARTHA M. HALL**

              Attorney for Lazerus