RANDY S. GROSSMAN
United States Attorney
OWEN ROTH
California Bar No. 335891
Assistant United States Attorney
Office of the United States Attorney
880 Front Street, Room 6293
San Diego, CA 92101-8893
Tel.: 619-546-7710
owen.roth@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>   v.<br><br>DONALD DANKS *et al.*,<br><br>        Defendants. | Case No. 22-CR-2701 BAS<br><br>**STATUS REPORT REGARDING PRIVILEGE REVIEW**<br><br>The Hon. Cynthia A. Bashant |
|---|---|

      In April 2023, this Court granted the parties an additional thirty days to complete the privilege review that they had proposed to the Court. This status report updates the Court on our progress.

      Prior to beginning the process, the Government asked all defense counsel to provide all relevant identifiers for all possible relevant attorneys, for the Government to use in filtering out potentially privileged communications. The Government completed that process in May 2023. After the Government completed the filter process, the parties found that an attorney had been inadvertently left off defense counsels' lists. The Government thus had to re-filter the materials. In doing so, the Government also elected to filter communications between Danks and his spouse, and subject them to a review by the Filter AUSA.

     To ameliorate the delay, the Government has chosen to produce the complete sets of materials to the relevant defendant now – Danks is now receiving the unfiltered copies of his phone, iCloud account, and email account, and Destler is receiving the unfiltered copies of his own. (Lazerus did not have any materials subject to filtering.) The Government is not producing unfiltered copies of all these materials to all defendants; the parties have conferred and agree that at this time, the Government should not risk compromising any defendant's privilege by producing his unfiltered communications to his co-defendants.

     As of this writing, the Government has largely completed the renewed filter process, and the AUSA in charge of the filter team is in the midst of reviewing the materials that were flagged as potentially privileged. Specifically, the AUSA is nearly finished reviewing the flagged materials from Danks' and Destler's phones, and the Government anticipate providing "filter sets" to those respective defendants shortly. That AUSA is also about to review the flagged materials from these defendants' iCloud and email accounts. And, he is arranging for the noted production of unfiltered materials.

     The Government regrets the delay that has occurred in this process, and has done everything it can to comply with the Court's scheduling order. The omission of an attorney by defense counsel was a good-faith oversight, and the parties have responded by meeting and conferring productively on how to move discovery along and complete this process. The Government will file another status update in August, and reasonably anticipates that the filter review will be substantially complete by then.

DATED: July 17, 2023

Respectfully Submitted,

RANDY S. GROSSMAN
United States Attorney

/s/ *Owen Roth*
OWEN ROTH
AARON P. ARNZEN
Assistant United States Attorneys