UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>DONALD DANKS (2),<br>JONATHAN DESTLER (3),<br>ROBERT LAZERUS (4),<br><br>Defendants. | Case No.: 22-CR-2701-BAS<br><br>ORDER GRANTING UNITED STATES' APPLICATION FOR RULE 17(C) SUBPOENA TO AMERICAN STOCK TRANSFER & TRUST COMPANY, LLC |

Having considered the United States' Application for a Rule 17(c) Subpoena and its supporting declaration, and for good cause having been shown,

**IT IS HEREBY ORDERED THAT:**

1. The Application and Subpoena are GRANTED;

2. American Stock Transfer & Trust Company, LLC is ordered to produce the requested materials either electronically to both the defendants and the United States, or electronically to the Court, at which time the Court will notify both parties that material is available for inspection and copying. The materials ordered to be produced, if not delivered electronically, shall be delivered to the Court at 333 West Broadway, Suite 420, San Diego, California 92101.

3. The return date of the subpoena shall be 14 days after the date of this Order.

**IT IS SO ORDERED.**

DATED: February 22, 2024.

*[signature]*
Honorable Cynthia Bashant
United States District Judge

2