1  WHITE & CASE LLP
   Courtney Hague Andrews (CSB #325920)
2  Mark Gustafson (CSB # 198902)
3  555 S. Flower Street, Suite 2700
   Los Angeles, CA 90071-2433
4  Telephone: (213) 620-7700
   courtney.andrews@whitecase.com
5  mgustafson@whitecase.com

6  *Attorneys for Non-Party*
   *Loop Industries, Inc.*
7

8              **UNITED STATES DISTRICT COURT**

9              **SOUTHERN DISTRICT OF CALIFORNIA**

10

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 22-cr-2701-BAS |
| Plaintiff, | **NOTICE OF APPEARANCE OF COURTNEY HAGUE ANDREWS AS COUNSEL OF RECORD FOR NON-PARTY LOOP INDUSTRIES, INC.** |
| v. | |
| DONALD DANKS (2), JONATHAN DESTLER (3), ROBERT LAZERUS (4), | |
| Defendants. | |

**TO THE COURT, ALL PARTIES AND THEIR COUNSEL:**

**PLEASE TAKE NOTICE** that Courtney Hague Andrews of White & Case LLP, hereby appears as counsel of record on behalf of non-party Loop Industries, Inc. Effective immediately, please add Courtney Hague Andrews as an attorney to be noticed on all matters at the following address:

Courtney Hague Andrews, Esq.
WHITE & CASE LLP
555 S. Flower Street, Suite 2700
Los Angeles, CA 90071-2433
Telephone: (213) 620-7700
Email: courtney.andrews@whitecase.com

Dated: July 26, 2024                               WHITE & CASE LLP

                                                   By: */s/ Courtney H. Andrews*
                                                         Courtney H. Andrews

                                                   Attorneys for Non-Party
                                                   Loop Industries, Inc.