WHITE & CASE LLP
Courtney Hague Andrews (CSB #325920)
Mark Gustafson (CSB # 198902)
555 S. Flower Street, Suite 2700
Los Angeles, CA 90071-2433
Telephone: (213) 620-7700
courtney.andrews@whitecase.com
mgustafson@whitecase.com

*Attorneys for Non-Party*
*Loop Industries, Inc.*

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>DONALD DANKS (2), JONATHAN DESTLER (3), ROBERT LAZERUS (4),<br><br>　　　　　Defendants. | Case No. 22-cr-2701-BAS<br><br>**CORPORATE DISCLOSURE STATEMENT AND NOTICE OF PARTY WITH FINANCIAL INTEREST FOR NON-PARTY LOOP INDUSTRIES, INC.** |

1     Pursuant to Federal Rule of Civil Procedure and Local Civil Rule 40.2, the
2 undersigned counsel of record for non-party and proposed intervenor Loop
3 Industries, Inc. states as follows:
4     Loop Industries, Inc. is a non-governmental, Nevada corporation that has no
5 parent corporation.  No publicly held corporation owns 10 percent or more of Loop
6 Industries, Inc.'s corporate stock.

8 Dated:  July 26, 2024                    WHITE & CASE LLP

10                                          By: */s/ Courtney Hague Andrews*
                                                    Courtney Hague Andrews

11                                          Attorneys for Non-Party
12                                          Loop Industries, Inc.