Andrew P. Young (Bar No. 326540)
apyoung@swlaw.com
SNELL & WILMER L.L.P.
3611 Valley Centre Drive
Suite 500
San Diego, California 92130
Telephone: 858.434.5020
Facsimile:  858.434.5006

Louis R. Miller, Bar No. 54141
smiller@millerbarondess.com
MILLER BARONDESS LLP
2121 Avenue of the Stars Suite 2600
Los Angeles, CA 90067
Telephone: 310.552.4400

Attorneys for Defendant
Jonathan Destler

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>DONALD DANKS (2),<br>JONATHAN DESTLER (3),<br>ROBERT LAZERUS (4)<br><br>Defendants. | Case No. 22 CR2701 BAS<br><br>**NOTICE OF WITHDRAWAL OF COUNSEL** |

    PLEASE TAKE NOTICE that attorney Andrew P. Young of Snell & Wilmer L.L.P. hereby withdraws as counsel of record for Defendant Jonathan Destler, in the above-captioned action.  Attorney Louis R. Miller of Miller Barondess LLP will remain as counsel of record for Defendant Jonathan Destler.

    Accordingly, Andrew P. Young requests the court to remove his name from the Court's master mailing list and to remove him from the Court's service list.

4924-7767-6816

Dated: January 17, 2025

SNELL & WILMER L.L.P.

By: s/Andrew P. Young
    Andrew P. Young

Attorneys for Defendant
Jonathan Destler

4924-7767-6816