Patrick Q. Hall, Ca. Bar No. 97019
Law Offices of Patrick Q. Hall
402 West Broadway, Suite 1560
San Diego, California 92101
Telephone: (619) 268-4040
Fax: (619) 268-4041
pat@pqhlaw.com

Andrew P. Young, Ca. Bar No. 326540
SNELL & WILMER L.L.P.
12230 El Camino Real, Suite 300
San Diego, CA 92120
Telephone: (858) 434-5020
apyoung@swlaw.com

Attorneys for Defendant
DONALD LINN DANKS

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

(Hon. Cynthia A. Bashant)

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br>vs.<br><br>DONALD LINN DANKS, (2)<br><br>　　　　　　Defendant. | CASE NO. 22-CR-2701-BAS-2<br><br>**NOTICE AND MOTION FOR HEARING PURSUANT TO FRCrP 44 TO WAIVE CONFLICT RE: JOINT REPRESENTATION BY ANDREW YOUNG**<br><br>**Date: TBD** |

TO: ANDREW R. HADEN, Acting United States Attorney, and JANAKI G. CHOPRA and NICHOLAS W. PILCHAK, Assistant United States Attorneys

COMES NOW Defendant DONALD LINN DANKS, by and through his attorneys, Patrick Q. Hall and Andrew P. Young, and respectfully moves the Court for a conflict waiver hearing pursuant to Federal Rule of Criminal Procedure 44 to address any potential

1

22-CR-2701-BAS-2

conflict of interest due to Mr. Young's prior representation of the acquitted codefendant Jon Destler.

     This motion is based on the instant Motion, the records and files in the instant case, and any and all other matters which may be presented to the Court prior to or at the time of the hearing of this motion.

Dated: March 3, 2025                                    Respectfully submitted,

                                                 s/ *Patrick Q. Hall*
                                                 Patrick Q. Hall
                                                 Attorney for Defendant
                                                 DONALD LINN DANKS

                                               s/ *Andrew P. Young*
                                                 Andrew P. Young
                                                 Attorney for Defendant
                                                 DONALD LINN DANKS