**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>vs.<br><br><br>DONALD DANKS (2),<br><br>　　　　Defendant. | Case No.: 3:22-cr-02701-BAS<br><br>**[PROPOSED] ORDER GRANTING DEFENDANT DONALD DANKS'S UNOPPOSED MOTION TO MODIFY CONDITIONS OF RELEASE TO PERMIT TRAVEL** |

　　GOOD CAUSE HAVING BEEN SHOWN, Defendant Donald Danks's Unopposed Motion to Modify Conditions of Release to Permit Travel is granted. Donald Danks's conditions of release are modified to permit him to travel to Boulder City, Nevada from October 24, 2025, through October 26, 2025.

　　Mr. Danks must check in with Pretrial Services before his departure and promptly upon return. All other conditions of release remain the same.

　　**IT IS SO ORDERED.**

Dated: 10/14/2025

　　　　　　　　　　　　　　　　　　　　　　　　_Daniel E. Butcher_
　　　　　　　　　　　　　　　　　　　　　　　　HON. DANIEL E. BUTCHER
　　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge