UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>DONALD DANKS,<br>Defendant. | Case No.: 22-CR-2701-BAS<br>**JURY VERDICT** |

We, the jury in the above-entitled cause, find the defendant DONALD DANKS:

COUNT ONE

Guilty
(NOT GUILTY / GUILTY) of the offense of conspiracy to commit securities fraud as charged in Count One of the indictment.

COUNT TWO

Guilty
(NOT GUILTY / GUILTY) of the offense of witness tampering as charged in Count Two of the indictment.

COUNT THREE

guilty
(NOT GUILTY / GUILTY) of the offense of obstruction of justice as charged in Count Three of the indictment.

COUNT FOUR

Guilty
(NOT GUILTY / GUILTY) of the offense of false declaration before a court as charged in Count Four of the indictment.

DATED: September 10, 2026

Juror #5
Foreperson of the Jury